No. 75–6125. DAVIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6146. FOX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6155. HICKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6172. SOLIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6179. COOPER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–6187. STEAD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–6189. LINDSEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6195. MITCHELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6198. PRECIADO-GOMEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6240. HOWE ET UX. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–6276. DAVIS, AKA HARTSELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6333. CHAPDELAINE *v.* TORRENCE, PRESIDENT, TENNESSEE STATE UNIVERSITY, ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 75–6335. GLINTON *v.* NEW YORK. Sup. Ct. N. Y., N. Y. County. Certiorari denied.